No. 18. Lyon v. Blakney et al. It is only when this court is able to see that the decree of the court below is clearly against the weight of the evidence that it will reverse upon a mere controverted question of fact: Wiegleb v. Thomsen et al., 102 Ill. 156. The finding of the court below that the party making the assignment of the notes in question was mentally incapacitated so to do is affirmed. Opinion by CONGER, J. Judge below, O. L. DAVIS. Attorneys, for appellant, Mr. C. M. SWALLOW and Mr. F. BOOKWALTER ; for appellees, Mr. W. R. LAWRENCE and Mr. J. B. MANN. Opinion filed Feb. 25, 1886.